# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-5289**                           **September Term, 2012**

**1:10-cv-00486-RCL**

**Filed On: May 23, 2013** [1437733]

Christopher Earl Strunk, United States ex rel.,

         Appellant

         v.

Barack Hussein Obama, also known as Barry Soetoro, et al.,

         Appellees

### O R D E R

By order filed April 2, 2013, appellant was directed to pay the full appellate filing and docketing fees of $455 to the district court within thirty days of the date of this order or this appeal will be dismissed, and it appearing that appellant has not paid the fees due in this case. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 8, 2013.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                               BY:     /s/
                                       Laura M. Chipley
                                       Deputy Clerk