# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 12-5289**　　　　　　　　　　　　　　　**September Term, 2013**

**1:10-cv-00486-RCL**

**Filed On:** November 21, 2013

Christopher Earl Strunk, United States ex rel.,

　　　　Appellant

　　v.

Barack Hussein Obama, also known as Barry Soetoro, et al.,

　　　　Appellees

**BEFORE:**　Garland, Chief Judge, and Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, and Srinivasan, Circuit Judges

### O R D E R

Upon consideration of the motion for en banc review (styled "Ex Relator Appellant's Agent Declaration in Support of Emergency Motion to Reargue En Banc the October 16, 2013 Per Curiam Order of Circuit Judges Henderson, Griffith, and Kavanaugh, in the Motion to Lift the Mandate issued August 1, 2013 in the Appeal 12-5289"), it is

**ORDERED** that the motion be denied.

The Clerk is directed to accept no further pleadings from appellant in this closed case.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Jennifer M. Clark
Deputy Clerk/LD